UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TIMOTHY DEMEUSE,

        Plaintiff,

v.                                              Case No. 16-cv-651-pp

COMMUNITY TRAFFIC CONTROL, LLC,

        Defendant.

---

**ORDER APPROVING STIPULATION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND GRANTING THE PLAINITFF'S MOTION FOR ATTORNEYS' FEES AND COSTS (DKT. NO. 47)**

---

On December 19, 2017, the court conducted a fairness hearing on the parties' proposed settlement agreement. Dkt. No. 41. At that hearing, the court found the settlement fair, reasonable and adequate, but stated that it would not sign an order approving the settlement until the December 28, 2017 deadline for objections to class certification had passed. Id. The deadline now has passed, without objections.

The court **APPROVES** the parties' stipulation for final approval of class and collective action settlement. Dkt. No. 47. The court **APPROVES** the settlement agreement in its entirety, dkt. no. 23-1, and finds that the settlement agreement meets the requirements of federal law, relevant Wisconsin law and due process.

The court **FINDS** that the settlement terms negotiated by the parties and described in the settlement agreement are a fair and reasonable resolution of a

1

*bona fide* dispute between the defendant, the named plaintiff, the certified Fed. R. Civ. P. 23 Class Members, and the 29 U.S.C. §216(b) Collective Class Members.

The court **ORDERS** that Hawks Quindel, S.C. shall serve as class counsel for the certified Fed. R. Civ. P. 23 Class and the 29 U.S.C. §216(b) Collective Class.

The court **ORDERS** that Timothy Demeuse shall serve as representative for the certified Fed. R. Civ. P. 23 Class and the 29 U.S.C. §216(b) Collective Class.

The court **ORDERS** that the settlement agreement is binding on the defendant, plaintiff Timothy Demeuse, the Collective Class, as well as all of the Rule 23 Class Members who have not excluded themselves.

The court **ORDERS** that the clerk shall enter judgment against the defendant in the total amount of $82,750, inclusive of attorneys' fees.

The court **FINDS** the service award of $5,000.00 to named plaintiff Demeuse to be fair and reasonable.

The court **FINDS** that the plaintiff's request of attorneys' fees in the amount of 33.33% of the settlement fund ($27,583.33) is reasonable. The court further **FINDS** that costs of $531.44 are fair and reasonable. The court **AWARDS** Hawks Quindel, S.C. $28,114.77 in fees and costs.

Under the settlement agreement, the defendant shall make the payments provided for in the settlement agreement to Hawks Quindel, S.C. within seven (7) days of the date of this order.

The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE**, and without further cost to either party.

Dated in Milwaukee, Wisconsin this 11th day of January, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**